# EXHIBIT B

Filed
File Date: 12/27/2018 2:50 PM
Coos Superior Court
E-Filed Document

STATE OF NEW HAMPSHIRE

COOS, SS.                                                           SUPERIOR COURT

Czeslaw M. Pyzik

v.

Omni Mount Washington LLC dba Omni Resorts Mount Washington Hotel

## COMPLAINT

## JURY TRIAL REQUESTED

Plaintiff Czeslaw M. Pyzik, by and through his attorneys, Nixon, Vogelman, Slawsky and Simoneau, P.A., with offices at 77 Central Street, Manchester, New Hampshire 03101, complains against the Defendant as set forth below.

## PARTIES

1. Plaintiff Czeslaw M. Pyzik resides at 24 Mayflower Drive, Milford, Connecticut 06460.

2. Defendant Omni Mount Washington, LLC is a foreign limited liability company registered to do business in the State of New Hampshire. Its principal office address of 4001 Maple Avenue, Suite 600 Dallas, Texas 75219 and its Registered Agent is Corporation Services Company, 10 Ferry Street S313, Concord, New Hampshire 03301.

3. Omni Resorts Mount Washington Hotel has a principal place of business at 310 Mount Washington Hotel Road, Bretton Woods, New Hampshire 03575.

## FACTS

4. The allegations of paragraphs 1-3 are incorporated herein by reference.

5. On January 1, 2016, and at all times material hereto, Defendant Omni Mount Washington, LLC dba Omni Resorts Mount Washington Hotel was the occupier of commercial

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Coos Superior Court<br>55 School St., Suite 301<br>Lancaster NH 03584 | Telephone: 1-855-212-1234<br>TTY/TDD Relay: (800) 735-2964<br>http://www.courts.state.nh.us |

## SUMMONS IN A CIVIL ACTION



Case Name:     **Czeslaw M. Pyzik v Omni Mount Washington LLC**
Case Number:   **214-2018-CV-00152**

Date Complaint Filed: December 27, 2018

A Complaint has been filed against Omni Mount Washington LLC in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| February 16, 2019 | Czeslaw M. Pyzik shall have this Summons and the attached Complaint served upon Omni Mount Washington LLC by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| March 09, 2019 | Czeslaw M. Pyzik shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Omni Mount Washington LLC must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Omni Mount Washington LLC:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:
  Kirk C. Simoneau, ESQ          Nixon Vogelman Slawsky & Simoneau PA 77 Central St Manchester NH 03101-2423
  Omni Mount Washington LLC      4001 Maple Avenue Suite 600 Dallas TX 75219

                                        BY ORDER OF THE COURT

January 02, 2019                        David P. Carlson
                                        Clerk of Court
(126564)

property including the buildings, parking lot and walkways at 310 Mount Washington Hotel Road, Bretton Woods, New Hampshire 03575.

6. On January 1, 2016 at approximately 2:00 p.m., Plaintiff, Czeslaw M. Pyzik, was vacationing at the Omni Resorts Mount Washington Hotel, 310 Mount Washington Hotel Road, Bretton Woods, New Hampshire. As the plaintiff walked along the walkway he slipped and fell on untreated ice, violently to the ground, landing on his left knee.

## COUNT I: NEGLIGENCE

7. The allegations of paragraphs 1-3 are incorporated herein by reference.

8. It was the duty of the Defendant, Omni Mount Washington LLC dba Omni Resorts Mount Washington Hotel, together with its agents, independent contractors, servants, employees and assigns, as the owner and occupier of the premises to exercise reasonable care under all the circumstances in the maintenance and operation of the commercial property at 310 Mount Washington Hotel Road, Bretton Woods, New Hampshire, to maintain and keep in a reasonably safe condition for those patrons reasonably expected to use them, including the Plaintiff, Czeslaw M. Pyzik.

9. The Defendant Omni Mount Washington LLC dba Omni Resorts Mount Washington Hotel, together with its agents and employees failed to maintain the walkways in a reasonably safe condition by failing to remove ice and/or failing to place sand or salt on those areas; and when the Plaintiff, Czeslaw M. Pyzik, attempted to walk towards the building, he slipped on ice, lost his balance and fell.

10. As a result of the negligent acts and/or omissions of the Defendant, Omni Mount Washington, LLC dba Omni Mount Washington Resort Hotel, its agents and employees as aforesaid, Czeslaw M. Pyzik suffered serious disabling personal injuries, including closed

nondisplaced transverse fracture of the left patella, requiring him to undergo open reduction and internal fixation surgery, whereby he was forced to endure great physical pain and emotional pain and anguish, has been caused expenses and other monetary losses for medical, hospital, and therapeutic care, CAUSING and requiring him to lay out and expend large sums of money for medical care and treatment approximating Eight Thousand Seven Hundred Sixty Nine Dollars and Forty Cents ($8,769.40).

WHEREFORE, Plaintiff Czeslaw M. Pyzik requests the following relief:

A. Judgment against the Defendant, Omni Mount Washington LLC dba Omni Resorts Mount Washington Hotel, in an amount to be determined, and in the maximum amount applicable, pursuant to the Constitution and the statutory and common law of the State of New Hampshire, as well as the jurisdiction of this Honorable Court; and

B. Such other relief as is just and equitable.

                                              Respectfully submitted,

                                              Czeslaw M. Pyzik

                                              By His Attorneys

                                              NIXON, VOGELMAN,
                                              SLAWSKY AND SIMONEAU, P.A.

Date: December 27, 2018              By: /s/Kirk C. Simoneau
                                              Kirk C. Simoneau
                                              NH Bar # 19291
                                              77 Central Street
                                              Manchester, NH 03101
                                              (603) 669-7070
                                              ksimoneau@*davenixonlaw*.com

**Merrimack County Sheriff's Office**
SHERIFF SCOTT E. HILLIARD
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

OMNI MOUNT WASHINGTON LLC
10 FERRY ST    313
CONCORD, NH 03301

AFFIDAVIT OF SERVICE

MERRIMACK, SS                                                         1/8/19

I, DEPUTY GLENN E LARAMIE JR, on this date at 2:15 a.m. p.m. summoned the within named defendant OMNI MOUNT WASHINGTON LLC as within commanded, by leaving at the office of Registered Agent Corporation Service Company, 10 Ferry Street, Suite 313, Concord, said County and State of New Hampshire, its true and lawful agent for service of process under and by virtue of Chapter 293-A New Hampshire RSA, as amended, a true and attested copy of this Summons and Complaint.

FEES

    Service    $25.00
    Postage     1.00
    Travel     15.00

TOTAL         $41.00

DEPUTY GLENN E LARAMIE JR
Merrimack County Sheriff's Office

A True Copy Attest

Deputy Sheriff